IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 7 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. _____ 05-CV-1735-OES _____

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

TARICO DEVONTAE ROCKETTE, SR.,

    Applicant,

v.

LARY [sic] REID, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

Applicant Tarico D. Rockette, Sr. has submitted Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. The documents are in proper form. Therefore, the clerk of the court will be directed to commence a civil action. Applicant also has tendered the $5.00 filing fee. The clerk of the court will be directed to mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. Accordingly, it is

ORDERED that the clerk of the court commence this civil action. It is

FURTHER ORDERED that the clerk of the court mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this __7__ day of __September__, 2005.

BY THE COURT:

*/s/ O. Edward Schlatter*
O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-CV-1735-OES

Tarico D. Rockette, Sr.,
Reg. No. 105985
CSP
P.O. Box 777
Canon City, CO 81215

I hereby certify that I have mailed a copy of the **ORDER and a receipt for full payment of filing fee** to the above-named individuals on 9-7-05

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk