IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01735-WDM-MEH

TARICO DEVONTAE ROCKETTE, SR.,

      Petitioner,

v.

LARRY REID, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO

      Respondents.

---

## ORDER REQUESTING SUPPLEMENTAL BRIEFING

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 28, 2006.**

      On June 23, 2006, the Chambers of United States Magistrate Judge Michael E. Hegarty received an unsigned, typed letter purporting to be from Frank Ortiz, 929 Arcturus Dr., #4-C, Colorado Springs, CO, which indicates that Mr. Ortiz would "like the courts to know that Mr. Rockette is innocent of all charges." The letter indicates that Mr. Ortiz "wanted to testify on [Mr. Rockette's] behalf at his trial, but Mr. Rockette's lawyer never did contact me or my attorney." Copies of the letter and accompanying envelope are attached hereto as Exhibit A and Exhibit B.

      With regard to this letter, it first must be noted that this Court does not review the actual guilt or innocence of a state habeas applicant. That is an issue solely within the realm of the state courts. A federal habeas court looks only to whether the applicant is in custody in violation of the Constitution or laws or treaties of the United States. "The court does not review a judgment, but the lawfulness of the [applicant's] custody *simpliciter.*" *Coleman v. Thompson,* 501 U.S. 722, 730 (1991).

      As the letter may concern the Applicant's federal habeas request before this Court, a review of the state court record in this matter indicates that the information regarding Mr. Ortiz was never provided to the state courts on direct appeal or on post-conviction motion. Although a habeas applicant can be allowed to present bits of evidence to a federal court that were not presented to the state courts that first considered his claims, evidence that places the claims in a significantly different legal posture must first be presented to the state courts. *See Demarest v. Price,* 130 F.3d 922, 932 (10th Cir. 1997) (citations and quotations omitted). Respondents have argued that certain of Applicant's claims are procedurally barred from consideration by this Court. The procedural bar can

be lifted if an applicant can demonstrate that a miscarriage of justice may result if this Court does not hear his claims. To make such a showing, Applicant must demonstrate that a constitutional error has probably resulted in the conviction of one who is actually innocent. *See Bousley v. United States*, 523 U.S. 614, 623 (1998). Accordingly, the letter goes to the issue of whether or not the Applicant can overcome the procedural bar to federal habeas review of certain of his claims, thereby placing the claims in a significantly different legal posture.

Accordingly, pursuant to Rule 7 of the Rules Governing Section 2254 Cases in the United States District Courts, the Court does hereby ORDER that the parties provide additional briefing as follows:

1. On or before July 17, 2006, the Respondents shall submit supplemental briefing on (a) the authority of this Court to accept this evidence in the form and manner in which it has been proffered, (b) the issue of the letter as it concerns the procedural default of the majority of the claims set forth in Applicant's federal habeas Application, and (c) any other matter in this case which the letter may impact, to include, but not be limited by, the provisions of 28 U.S.C. § 2254(e)(2).

2. On or before August 7, 2006, the Applicant shall file his brief in response to the Respondents' supplemental briefing.

Dated at Denver, Colorado, this 28th day of June, 2006.

BY THE COURT:

      s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge

To: The Honorable Judge

    Mr. Michael E. Hegarty:

    My Name is Frank Ortiz; In 1999 I was charged with two counts of aggravated robbery along with Tarico de. Rockette Sr. and Akenelly Chatman. In 2000 I took a plea bargain for six years Y.O.S suspended 20 years D.O.C. It has come to my attention that Tarico Rockettes' case has been presented to you    For the record, I would like the courts to know that Mr. Rockette is innocent of all charges. He didn't have any involvement in this case. I am more than willing to testify on his innocence.  I wanted to testify on his behalf at his trial but Mr. Rockettes' lawyer never did contact me or my attorney.

    On the night of the robbery, I, Mr. Chatman and another individual whom I knew through Mr. Chatman committed this crime. Mr. Rockette came later on to my residence after the crime was committed, roughly around the same time that Mr. Chatman's friend left.

    I've taken full responsibilities for my actions but it isn't fair that Mr. Rockette is doing 20 years for a crime of another. I ask that the courts acquit him of all charges. You can contact me at:

Frank Ortiz

929 Arcturus Dr. # 4-C

Colorado Springs Co. 80906

Exhibit A

Exhibit B

COLORADO SPRINGS
CO 809 2 L
22 JUN 2006 PM

Office of the Clerk
United States District Court
Alfred A. Arraj Courthouse
901- 19th St. Court Room A601
Chambers Room - A-651
Denver - Co 80294-35589

Attn: Michael E. Hegarty
Room A-651

Scanned by
US Marshal

Frank Ortiz
Apt 4C
929 Arcturus Dr
Colorado Spring CO 80906-1843