IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01735-WDM-MEH

TARICO DEVONTAE ROCKETTE, SR.,

    Applicant,

v.

LARRY REID, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Miller, Judge

Applicant has filed a notice of appeal from the final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. I have reviewed the file and find that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

ORDERED that a certificate of appealability will not be issued.

DATED at Denver, Colorado this 29th day of October, 2007.

                BY THE COURT:

                s/ Walker D. Miller

                JUDGE, UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLORADO